IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Graham, Darrell | Case Number: 04 B 38721 |
|---|---|---|
| | Mckenzie-Graham, Tracey L | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 10/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,609.94 | |
| Secured: | | 24,050.31 |
| Unsecured: | | 1,495.69 |
| Priority: | | 0.00 |
| Administrative: | | 2,580.00 |
| Trustee Fee: | | 1,483.94 |
| Other Funds: | | 0.00 |
| Totals: | 29,609.94 | 29,609.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,580.00 | 2,580.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Fifth Third Bank | Secured | 13,268.08 | 13,268.08 |
| 4. | Great Lakes Credit Union | Secured | 10,090.01 | 10,090.01 |
| 5. | Mortgage Electronic Registration Sys | Secured | 8,765.38 | 692.22 |
| 6. | Premier Bankcard | Unsecured | 50.41 | 50.41 |
| 7. | Nicor Gas | Unsecured | 11.29 | 11.29 |
| 8. | Resurgent Capital Services | Unsecured | 64.31 | 64.31 |
| 9. | Fifth Third Bank | Unsecured | 546.14 | 546.14 |
| 10. | Resurgent Capital Services | Unsecured | 297.82 | 297.82 |
| 11. | Peoples Energy Corp | Unsecured | 59.57 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 220.38 | 220.38 |
| 13. | Great Lakes Credit Union | Unsecured | 250.87 | 250.87 |
| 14. | Midwest Verizon Wireless | Unsecured | 54.47 | 54.47 |
| 15. | Village Of Matteson | Secured | | No Claim Filed |
| 16. | Ultra | Unsecured | | No Claim Filed |
| 17. | Village Of Matteson | Unsecured | | No Claim Filed |
| 18. | CB USA Sears | Unsecured | | No Claim Filed |
| 19. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 22. | Chase Manhattan | Unsecured | | No Claim Filed |
| 23. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 24. | MCI Worldcom | Unsecured | | No Claim Filed |
| 25. | Marquette University | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Graham, Darrell    Case Number:  04 B 38721
Mckenzie-Graham, Tracey L    Judge:  Wedoff, Eugene R
Printed:  8/5/08    Filed:  10/18/04

| | | | |
|---|---|---|---|
| 26. | Newport News | Unsecured | No Claim Filed |
| 27. | Northwestern Memorial Hospital | Unsecured | No Claim Filed |
| 28. | AT&T Wireless | Unsecured | No Claim Filed |
| 29. | Seventh Avenue | Unsecured | No Claim Filed |
| 30. | Seventh Avenue | Unsecured | No Claim Filed |

$ 36,258.73    $ 28,126.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 104.01 |
| 4% | 68.01 |
| 3% | 116.99 |
| 5.5% | 308.00 |
| 5% | 120.00 |
| 4.8% | 230.40 |
| 5.4% | 536.53 |
| | $ 1,483.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

